UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA

NOTICE OF APPEARANCE
13-CRIM-811

-against-

BRYAN ALTAGRACIA,
               Defendant.
------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I AM ADMITTED TO PRACTICE IN THIS COURT AND APPEAR IN THIS CASE AS COUNSEL FOR: BRYAN ALTAGRACIA.

DATED:   November 5, 2013

*[signature]*

Kyle B. Watters (1895)
286 Madison Avenue - Suite 2200
New York, New York 10017
Phone:(212) 679-8999
Fax:   (212) 679-9791
Wattnsvet@aol.com