**WATTERS & SVETKEY, LLP**
286 Madison Avenue - Suite 2200
New York, New York 10017
Tel. (212) 679-8999 Fax. (212) 679-9791
E-Mail: WATTNSVET@AOL.COM

November 13, 2013

The Honorable Andrew L. Carter
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: USA v. Bryan Altagracia
    13 Crim 811

Your Honor:

As the attorney for Bryan Altagracia I am writing to request that the Court expand the jurisdictions to which he can travel to include the State of New Jersey.

Mr. Altagracia is employed by Ned Stevens Gutter Cleaning and General Contracting, Inc., located at 11 Daniel Road East Fairfield New Jersey 07004.

He works on a daily basis, sometimes seven days a week. He also has close family, including his grandmother in the state, who he visits regularly.

I have spoken to Erica Cudina, Mr. Altagracia's pre-trial services officer, and AUSA Russell Capone, neither of whom have an objection to allowing Mr. Altagracia to travel to New Jersey for work and to visit family.

Respectfully submitted,

Kyle B. Watters

cc:
AUSA Russell Capone
PTS Officer Erica Cudina